

SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: September 10, 2015

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                      CHAPTER 13 NO.:

CAILTON H. SHAFFER, III
SHELIA R. SHAFFER                                      15 – 00456 – NPO

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court on Oral Motion of the Trustee for a Final Order of Dismissal, and the Court, being fully advised in the premises does hereby find and Order as follows:

THAT, Trustee's Oral Motion is sustained.

THAT, pursuant to an Agreed Order entered on April 22, 2015 (DK #30) a copy being attached hereto, the Debtors were not to become more than 60 days delinquent in Chapter 13 Plan Payments.

THAT, the Debtor has failed to abide by the terms of said Agreed Order.

THAT, this case is hereby dismissed.

FURTHER, pursuant to said Agreed Order the Debtors are hereby prohibited from re-filing a Chapter 13 Petition in this Honorable Court or any other court for a period of 180 days from the date of entry of a final order herein.

##END OF ORDER##

SUBMITTED BY

TODD S. JOHNS – MSB #9587
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM



SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: April 22, 2015

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                              CHAPTER 13 NO.:
CAILTON N SHAFFER, III                         15-00456-NPO
SHELIA R SHAFFER

### AGREED ORDER

THIS CAUSE came before the Court on Trustee's Motion to Dismiss (DK # 29 ); and the Court being fully advised in the premises does hereby find and Order as follows:

THAT, Trustee's Motion to Dismiss is hereby denied.

THAT, should the Debtor(s) become more than 60 days delinquent in Chapter 13 Plan Payments, calculated from the first day of the first delinquent month, this case shall be dismissed without further notice or hearing.

THAT, should the Debtor(s) be dismissed for failure to timely remit plan payments, then the Debtors shall be prohibited from re-filing a Chapter 13 Petition in this Bankruptcy Court or any other bankruptcy court for a period of one-hundred eighty (180) days, from the date of entry of a final order herein.

##END OF ORDER##

APPROVED:

_____          _____
Harold J. Barkley, Jr. – MSB #2008     ATTORNEY FOR DEBTOR
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Fax: 601-362-8826
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com